## GERMAN-AMERICAN INS. CO. v. CUFF.

No. 839.   Opinion Filed May 9, 1911.

Rehearing Denied June 27, 1911.

(116 Pac. 438.)

**INSURANCE POLICY.** Same as the syllabus in **Farmers' & Merchants' Insurance Company v. J. J. Cuff** (No. 837), ante, 116 Pac. 435, heretofore decided on this date.

(Syllabus by the Court.)

*Error from District Court, Pottawatomie County; W. N. Maben, Judge.*

Action by J. J. Cuff against the German-American Insurance Company.   Judgment for plaintiff, and defendant brings error. Modified and affirmed.

*C. W. Stringer,* for plaintiff in error.

*P. O. Cassidy* and *W. M. Engart,* for defendant in error.

WILLIAMS, J.   The facts in this case are identical with those in *Farmers' & Merchants' Insurance Company v. J. J. Cuff* (No. 837), *ante,* 116 Pac. 435, heretofore decided on this date, except the amount of the policy; the amount of the policy in that case being $1,000, and in this $250.

The judgment of the lower court will be so modified as to reduce the amount of the judgment from $220 to $203.35; in all other respects it is affirmed.   Let the costs be divided between the parties hereto.

All the Justices concur.